IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO.: 4:02CR000026-001H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF REMISSION |
| ) | |
| THOMAS EDWARD UZENSKI, ) | |
| ) | |
| Defendant. ) | |

It having been shown that reasonable efforts to collect the ordered fine in this action are not likely to be effective, the Court hereby orders that the unpaid fine imposed is hereby remitted in the interest of justice. See, 18 U.S.C. §3573.

So ordered this 27th day of March, 2013.

_____
Malcolm J. Howard
United States District Court Judge